IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE ADMINISTRATIVE WARRANT OF:<br><br>PACKERS SANITATION<br>SERVICES, INC., LTD.<br>122 W. 3rd Street<br>Grand Island, NE 68801 | Case No. 8:22MJ533 |

**ORDER**

In consideration of the Motion to Unseal Matter of the United States (Filing 3), and for good cause shown, it is hereby ORDERED:

(1) that this matter be and hereby is unsealed; and,

(2) that the seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated this 26th day of October, 2022.

_____
MICHAEL D. NELSON
United States Magistrate Judge

1